IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF ROBERT W. PETERSEN, *by and through Robert T. Petersen as Personal Representative*, ESTATE OF MARY ANN SIMONS, *by and through Dean Simons as Personal Representative*, and ESTATE OF CHARLOTTE ELAINE GUILFORD, *by and through Charles Guilford as Personal Representative*, <br><br>                Plaintiffs, <br><br>     vs. <br><br> KOELSCH SENIOR COMMUNITIES, LLC, and BILLINGS PARTNERS, LLC, *d/b/a* CANYON CREEK, <br><br>                Defendants. | CV 22-11-BLG-SPW-TJC <br><br> **ORDER** |

Plaintiffs have filed an unopposed motion to file an unredacted response brief.  (Doc. 68.)

Plaintiffs had previously filed a Motion for Leave To File Redacted Response Brief Under Seal.  (Doc. 63.)  The Court then issued an Order directing Defendants to show cause as to why inclusion of the redacted information in the public record was not appropriate.  (Doc. 67.)

With the parties having conferred and jointly proposed the refiling of Plaintiffs' response brief without redactions and without the request that their

1

response brief be filed under seal, IT IS HEREBY ORDERED that Plaintiffs' unopposed motion to file an unredacted response brief (Doc. 68) is **GRANTED**. Plaintiffs shall promptly file the proposed response brief attached to their motion. (Doc. 68-1.)

IT IS FURTHER ORDERED that Plaintiffs' Motion for Leave To File Redacted Response Brief Under Seal (Doc. 63) is **DENIED** as moot.

Finally, the Court issued an Order on February 26, 2024, dismissing with prejudice Defendant Olivia Ellen, LLC. (Doc. 66.) Accordingly, IT IS HEREBY ORDERED that Olivia Ellen, LLC's Rule 12(c) Motion for Judgment on the Pleadings (Doc. 55) is **DENIED** as moot.

DATED this 28th day of February, 2024.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge