IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF ROBERT W. PETERSEN, by and through Robert T. Petersen as Personal Representative; ESTATE OF MARY ANN SIMONS, by and through Dean Simons as Personal Representative; and ESTATE OF CHARLOTTE ELAINE GUILFORD, by and through Charles Guilford as Personal Representative,<br><br>Plaintiffs,<br><br>vs.<br><br>KOELSCH SENIOR COMMUNITIES, LLC and BILLINGS PARTNERS, LLC d/b/a CANYON CREEK,<br><br>Defendants. | CV 22-11-BLG-SPW<br><br>ORDER ON DEFENDANTS' MOTIONS IN LIMINE NOS. 17-19 |

Before the Court are Defendants' Motions in Limine Nos. 17-19. (Doc. 194). These Motions form part of an extensive compilation of Defendants' 28 filings alleging various instances of Plaintiffs' pretrial misconduct and evidentiary violations.[1] "In a remarkable display of a what a cynic might view as 'overlitigation,'" the Court has nonetheless carefully considered each Motion to

---

[1] During the undersigned's combined 28 years on the bench, 28 motions in limine certainly constitute a record.

1

date. *See Stevenson v. Mass. Mut. Life Ins.*, No. CV 24-109-M, 2025 WL 2336443, at *6 (D. Mont. Aug. 13, 2025).

However, some "evidentiary rulings should be deferred until trial so that questions of foundation, relevance and potential prejudice may be resolved in proper context." *United States v. Mixon*, No. CR-14-00631-001, 2015 WL 13849026, at *1 (D. Ariz. Oct. 14, 2015) (quoting *Hawthorne Partners v. AT & T Techs., Inc.*, 831 F. Supp. 1398, 1401 (N.D. Ill. 1993)).

Accordingly, the Court's rulings on Motions in Limine Nos. 17-19 must await further contextual development at trial and for this reason, the Motions are DENIED with leave to renew specific objections at trial.

DATED this 12th day of December, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge